AO 154 (10/03) Substitution of Attorney

Case 2:12-cv-01481-JAM-GGH   Document 12   Filed 09/04/12   Page 1 of 1

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

BURLEY D. TOMPKINS
      Plaintiff (s),
V.
UNION PACIFIC RAILROAD COMPANY
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:12-cv-01481-JAMGGH

Notice is hereby given that, subject to approval by the court, __BURLEY D. TOMPKINS__ substitutes
    (Party (s) Name)

__Anthony S. Petru, Hildebrand, McLeod & Nelson, Inc.__, State Bar No. __91399__ as counsel of record in
(Name of New Attorney)

place of __Anthony S. Petru, Hildebrand, McLeod & Nelson, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Hildebrand, McLeod & Nelson, Inc. |
| Address: | 350 Frank H. Ogawa Plaza, 4th Floor, Oakland, CA 94612-2006 |
| Telephone: | (510) 451-6732      Facsimile  (510) 465-7023 |
| E-Mail (Optional): | petru@hmnlaw.com |

I consent to the above substitution.
Date: 8/8/2012
_(signed) Burley D. Tompkins_
(Signature of Party (s))

I consent to being substituted.
Date: 8/13/2012
_(signed) Anthony S. Petru_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/13/2012
_(signed) Anthony S. Petru_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9-5-2012
_(signed)_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]