AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

BURLEY D. TOMPKINS
　　　　　　Plaintiff (s),
　　V.
UNION PACIFIC RAILROAD COMPANY
　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:12-cv-01481-JAMGGH

Notice is hereby given that, subject to approval by the court, __BURLEY D. TOMPKINS__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__Anthony S. Petru, Hildebrand, McLeod & Nelson, Inc.__, State Bar No. __91399__ as counsel of record in
(Name of New Attorney)

place of __Anthony S. Petru, Hildebrand, McLeod & Nelson, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　Hildebrand, McLeod & Nelson, Inc.
　　Address:　　　　350 Frank H. Ogawa Plaza, 4th Floor, Oakland, CA  94612-2006
　　Telephone:　　　(510) 451-6732　　　　Facsimile  (510) 465-7023
　　E-Mail (Optional):　petru@hmnlaw.com

I consent to the above substitution.
Date:　8/8/2012
　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　8/13/2012
　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　8/13/2012
　　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　9-5-2012
　　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]