IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURLEY D. TOMPKINS, | No. 2:12-CV-1481-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |
| _____/ | |

Plaintiff brings this civil action under the Federal Employers Liability Act, 45 U.S.C. §§ 51, et seq.  Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c).  An initial status/scheduling conference was held in this matter before the undersigned in Redding, California.  Anthony S. Petru, Esq., appeared for plaintiff.  Michael L. Johnson, Esq., appeared for defendant.

Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

1. No further joinder of parties or amendments to the pleadings is permitted without leave of court for good cause shown.

2. Jurisdiction and venue are not contested.

3. Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) have been exchanged.

4. The parties shall exchange initial lists of expert witnesses no later than January 30, 2015. The parties shall exchange lists of any rebuttal expert witnesses no later than February 10, 2015. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

5. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by April 7, 2015.

6. All other pre-trial motions, including dispositive motions, shall filed no later than May 12, 2015, and be noticed to be heard by June 17, 2015.

7. The pre-trial conference is set for July 8, 2015, at 10:00 a.m. before the undersigned in Redding, California.

8. Jury trial of this matter is set for August 24, 2015, at 9:00 a.m. before the undersigned in Courtroom 9 in Sacramento, California.

IT IS SO ORDERED.

DATED: July 2, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE