(SPACE BELOW FOR FILING STAMP ONLY)

STEPHANIE L. QUINN (SBN 216655)
MARIEL COVARRUBIAS (SBN 274784)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
Email: squinn@murphycampbell.com
mcovarrubias@murphycampbell.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| BURLEY D. TOMPKINS,<br><br>  Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>  Defendants. | Case No. 2:12-CV-01481-JAM-GGH<br><br>**STIPULATION OF THE PARTIES FOR ADDITIONAL INTERROGATORIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE, RULE 29 AND [PROPOSED] ORDER** |

**STIPULATION OF THE PARTIES FOR ADDITIONAL INTERROGATORIES**

Defendant UNION PACIFIC RAILROAD COMPANY (UPRR) and Plaintiff BURLEY D. TOMPKINS ("Plaintiff") herein collectively referred to as the parties, by and through their attorneys of record, hereby stipulate to extend the discovery limitation pursuant to Rule 29 of the Federal Rule of Civil Procedure. Due to the various claims of Plaintiff and the multiple incidents at issue which span a time period of over sixteen years, the parties stipulate that a total of sixty (60) interrogatories will be allotted to each party throughout the course of discovery. The parties will assess whether additional discovery is necessary as the matter progresses.

//

//

//

DATED:   July 24, 2014          MURPHY, CAMPBELL, ALLISTON & QUINN


By:   /s/ MARIEL COVARRUBIAS
         STEPHANIE L. QUINN SBN 216655
         MARIELCOVARRUBIAS SBN 274784
         Attorney for Defendant UNION PACIFIC RAILROAD COMPANY


DATED:   July 24, 2014          HILDEBRAND, McLEOD & NELSON, INC.


By:   /s/ RYAN J. OTIS
         ANTHONY S. PETRU SBN 91399
         RYAN J. OTIS SBN 260032
         Attorney for Plaintiff BURLEY D. TOMPKINS


**IT IS SO ORDERED:**

Dated:  August 8, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE