IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURLEY D. TOMPKINS, | No. 2:12-CV-1481-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |
| _____/ | |

Plaintiff brings this civil action under the Federal Employers Liability Act, 45 U.S.C. §§ 51, et seq. This matter is before the court on the parties' joint request for an in camera review of documents. At issue is whether certain entries in plaintiff's calendar are subject to the attorney-client privilege. Having reviewed the disputed calendar entries in camera, the court finds that the following entries are privileged: May 16, 2011; May 17, 2011; May 31, 2011; July 18, 2011; August 18, 2011; March 2, 2012; May 9, 2012; June 26, 2012; October 5, 2012; October 10, 2012; October 12, 2012; and November 6, 2012.

///

///

1       The Clerk of the Court is directed to terminate Doc. 48 as a pending motion.

2       IT IS SO ORDERED.

4 DATED: May 6, 2015

                                                                               **CRAIG M. KELLISON**
                                                                               UNITED STATES MAGISTRATE JUDGE