Anthony S. Petru, Esq., State Bar No. 91399
petru@hmnlaw.com
Paula A. Rasmussen, Esq.
rasmussen@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:  (510) 451-6732
FAX:  (510) 465-7023

Attorneys for Plaintiff
Burley D. Tompkins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| BURLEY D. TOMPKINS<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>Defendant. | CASE NO. 2:12-CV-01481-CMK<br><br>**STIPULATION OF THE PARTIES FOR CONTINUED DEPOSITION OF DR. CHRIS MATHIS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE, RULE 29 AND ORDER**<br><br>Assigned to Hon. Craig M. Kellison<br><br>Trial Date:  August 24, 2015 |

**STIPULATION OF THE PARTIES FOR ADDITIONAL INTERROGATORIES.** Defendant UNION PACIFIC RAILROAD COMPANY (UPRR) and Plaintiff BURLEY D. TOMPKINS ("Plaintiff") herein collectively referred to as the parties, by and through their attorneys of record, hereby stipulate to extend the discovery limitation pursuant to Rule 29 of the Federal Rule of Civil Procedure. Due to an additional 38 pages of Plaintiff's medical records recently disclosed, the parties stipulate to continue the deposition of Dr. Chris Mathis at a mutually agreeable date, time and location. Said deposition will be limited to discussion regarding the 38 pages of medical records and treatment of Plaintiff.

///

///

1

Stipulation Re Cont Discovery
2:12-CV-01481-CMK

///

DATED:  May 12, 2015					HILDEBRAND, McLEOD & NELSON, LLP


							By:/s/ Paula A. Rasmussen
							      PAULA A. RASMUSSEN, ESQ.
							      Attorney for Plaintiff
							      NEIL A. JENSEN


DATED:  May 12, 2015					MURPHY, CAMPBELL, ALLISTON & QUINN



							By: /s/ Mariel Covarrubias
							      STEPHANIE L. QUINN SBN 216655
							      MARIEL COVARRUBIAS SBN 274784
							      Attorney for Defendant UNION PACIFIC
							      RAILROAD COMPANY

**IT IS SO ORDERED:**


Dated:  May 14, 2015
							_____
							CRAIG M. KELLISON
							UNITED STATES MAGISTRATE JUDGE

2

Stipulation Re Cont Discovery
2:12-CV-01481-CMK