(SPACE BELOW FOR FILING STAMP ONLY)

STEPHANIE L. QUINN (SBN 216655)
MARIEL COVARRUBIAS (SBN 274784)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
Email: squinn@murphycampbell.com
       mcovarrubias@murphycampbell.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURLEY D. TOMPKINS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>　　　　　Defendants. | Case No. 2:12-CV-01481-CMK<br><br>**STIPULATION OF THE PARTIES TO MODIFY SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES; ORDER** |

## STIPULATION OF THE PARTIES TO MODIFY SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES

Pursuant to Rules 16(b)(4) and 29 of the Federal Rules of Civil Procedure, Defendant UNION PACIFIC RAILROAD COMPANY ("UPRR") and Plaintiff BURLEY D. TOMPKINS, by and through their attorneys of record, hereby stipulate to modify the scheduling order dated July 2, 2014, and extend discovery deadline previously set in this matter as set forth below.

The discovery deadline is currently scheduled for May 5, 2015. The parties request a short extension of this deadline to May 8, 2015, in order to complete the deposition of Plaintiff's retained medical expert, Jerel Glassman, M.D.

GOOD CAUSE EXISTS FOR THE REQUESTED MODIFICATION AND EXTENSIONS

Dr. Glassman's deposition was started on April 30, 2015, but due to the doctor

having a personal commitment to attend, the deposition could not be completed. Dr. Glassman has agreed to appear to complete his deposition on May 6 or 7. Because the Court's deadline to complete discovery is May 5, counsel for the parties agreed a stipulation to an extension of the discovery deadlines would be necessary.

All other discovery will be completed by May 5, 2015 and all other dates will remain the same as provided for in the July 2, 2014 scheduling order.

**IT IS HEREBY STIPULATED**

DATED:  May 1, 2015                    MURPHY, CAMPBELL, ALLISTON & QUINN


                                       By:     /s/ STEPHANIE L. QUINN
                                           STEPHANIE L. QUINN (SBN 216655)
                                           MARIEL COVARRUBIAS (SBN 274784)
                                           Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY


DATED:  May 1, 2015                    HILDEBRAND McLEOD & NELSON INC.


                                       By:    /s/ PAULA RASMUSSEN
                                           ANTHONY PETRU (SBN 91399)
                                           PAULA RASMUSSEN (SBN 258352)
                                           Attorneys for Plaintiff BURLEY D. TOMPKINS


**IT IS SO ORDERED, NUNC PRO TUNC TO MAY 8, 2015:**

Dated: May 14, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE