IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BURLEY D. TOMPKINS, | | No. 2:12-CV-1481-CMK |
| Plaintiff, | | |
| vs. | | <u>ORDER</u> |
| UNION PACIFIC RAILROAD COMPANY, | | |
| Defendant. | | |

Plaintiff brings this civil action under the Federal Employers Liability Act, 45 U.S.C. §§ 51, et seq. It has come to the court's attention that the July 3, 2014, scheduling order does not specify whether the parties shall file a joint pre-trial statement or separate pre-trial statements. Accordingly, the scheduling order is hereby amended to require separate pre-trial statements be filed pursuant to Eastern District of California Local Rule 281.

IT IS SO ORDERED.

DATED: May 28, 2015

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE