IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURLEY D. TOMPKINS, | No. 2:12-CV-1481-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |
| _____ / | |

        Plaintiff brings this civil action under the Federal Employers Liability Act, 45 U.S.C. §§ 51, et seq. A settlement conference is scheduled for August 10, 2015, at 9:30 a.m. in Sacramento, California, before the Hon. Carolyn K. Delaney. Parties are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. See Local Rule 270(f)(1). The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face-to-face conference. An authorization to settle for a limited dollar amount or sum certain can be

1  found not to comply with the requirement of full authority to settle.  The parties are directed to
2  submit their confidential settlement conference statements to the Court using the following email
3  address: ckdorders@caed.uscourts.gov.  Statements are due at least 7 days prior to the settlement
4  conference.  These statements shall not be filed.
5           IT IS SO ORDERED.
6
7   DATED:  June 26, 2015
8
9                                              _____
10                                             **CRAIG M. KELLISON**
11                                             UNITED STATES MAGISTRATE JUDGE