Anthony S. Petru, Esq., State Bar No. 91399
petru@hmnlaw.com
Paula A. Rasmussen, Esq.
rasmussen@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:  (510) 451-6732
FAX:  (510) 465-7023

Attorneys for Plaintiff
Burley D. Tompkins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| BURLEY D. TOMPKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>    Defendant. | CASE NO. 2:12-CV-01481-CMK<br><br>**STIPULATION REGARDING ONE REQUESTED DARK TRIAL DAY AND PROPOSED ORDER**<br><br>Assigned to Hon. Craig M. Kellison<br><br>Trial Date:  August 24, 2015 |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant UNION PACIFIC RAILROAD COMPANY (hereinafter "UPRC") and Plaintiff BURLEY S. TOMPKINS (hereinafter "Plaintiff"), by and through their respective counsel, to request the Court schedule one dark trial day of August 27, 2015.

Good cause exists to grant a dark day from trial for the following reasons:

    a. Counsel for Plaintiff, Anthony Petru, has been requested to participate in a congressional hearing in Washington, DC on August 27, 2015, regarding elements of the Federal Railroad Administration's Risk Reduction Program and Technology Implementation Plan.

    b. No party will be prejudiced by the requested dark day.

    c. All parties have stipulated to August 27, 2015 as dark.

d. Plaintiff agrees that Dr. Feinberg can testify out of order on Friday the 28th and that Dr. Glassman will testify before Dr. Feinberg.

e. This agreement is contingent on the dark day not counting against the trial time estimate.

Based on the foregoing, the parties respectfully request that the Court accept this stipulation and issue an Order granting one dark day from trial, August 27, 2015.

The parties attest that concurrence in the filing of the foregoing document has been obtained from each of the signatories below.

DATED: August 7, 2015                HILDEBRAND, McLEOD & NELSON, LLP

By:/s/ Anthony S. Petru
   ANTHONY S. PETRU, ESQ.
   PAULA A. RASMUSSEN, ESQ.
   Attorney for Plaintiff
   BURLEY TOMPKINS

DATED: August 7, 2015                MURPHY, CAMPBELL, ALLISTON & QUINN

By: /s/ Stephanie L. Quinn
   STEPHANIE L. QUINN SBN 216655
   MARIEL COVARRUBIAS SBN 274784
   Attorney for Defendant UNION PACIFIC
   RAILROAD COMPANY

**IT IS SO ORDERED:**

Dated: August 10, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2

Stipulation Re Dark Day from Trial
2:12-CV-01481-CMK