Anthony S. Petru, Esq., State Bar No. 91399
petru@hmnlaw.com
Paula A. Rasmussen, Esq.
rasmussen@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
Burley D. Tompkins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| BURLEY D. TOMPKINS | CASE NO. 2:12-CV-01481-CMK |
| Plaintiff, | **STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR REVIEW AND RECONSIDERATION OF TAXED COSTS AND PROPOSED ORDER** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | Assigned to Hon. Craig M. Kellison |
| Defendant. | Trial Date:   August 24, 2015 |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant UNION PACIFIC RAILROAD COMPANY (hereinafter "UPRC") and Plaintiff BURLEY S. TOMPKINS (hereinafter "Plaintiff"), by and through their respective counsel, to request the Court continue Plaintiff's Motion for Review and Reconsideration of Taxed Costs currently scheduled for January 26, 2016 at 10:00 a.m. before the Honorable Craig M. Kellison at the Redding Federal Courthouse, 2986 Bechelli Lane, Redding, CA 96002 to February 24, 2016 at 10:00 a.m. at the same.

Good cause exists to grant said continuance for the following:

a.   The parties are engaged in settlement discussions and continuing the hearing will allow for the facilitation of negotiations and settlement papers.

b.   The parties stipulate that the briefing schedule will be based upon the February 24, 2016

1

Stipulation Re Cont. Motion for Review
2:12-CV-01481-CMK

hearing date.

    c.  No party will be prejudiced by the requested continuance.

    d.  Plaintiff will request the hearing be vacated and file the appropriate dismissal upon receipt of signed settlement papers from Plaintiff.

The parties attest that concurrence in the filing of the foregoing document has been obtained from each of the signatories below.

DATED:  December 22, 2015    HILDEBRAND, McLEOD & NELSON, LLP

By:*/s/ Paula A. Rasmussen*
    ANTHONY S. PETRU, ESQ.
    PAULA A. RASMUSSEN, ESQ.
    Attorney for Plaintiff
    BURLEY TOMPKINS

DATED:  December 22, 2015    MURPHY, CAMPBELL, ALLISTON & QUINN

By: /s/  *Mariel Covarrubias*
    STEPHANIE L. QUINN SBN 216655
    MARIEL COVARRUBIAS SBN 274784
    Attorney for Defendant UNION PACIFIC
    RAILROAD COMPANY

**IT IS SO ORDERED:**

Dated:  December 23, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2

Stipulation Re Cont. Motion for Review
2:12-CV-01481-CMK