Anthony S. Petru, Esq., State Bar No. 91399
petru@hmnlaw.com
Paula A. Rasmussen, Esq., State Bar No. 258352
rasmussen@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
Burley D. Tompkins

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURLEY D. TOMPKINS )<br><br>              Plaintiff,              )<br>                                      )<br>vs.                                  )<br>                                      )<br>UNION PACIFIC RAILROAD COMPANY,  )<br>a corporation,                    )<br>                                      )<br>              Defendant.              ) | CASE NO. 2:12-CV-01481-CMK<br><br>**STIPULATION RE AGREEMENT OVER TAXED COSTS  AND REQUEST TO REMOVE MOTION FROM CALENDAR** |

**TO THIS HONORABLE COURT:**

   **IT IS HEREBY STIPULATED** by and between the parties herein, that the issues of Plaintiff's Motion for Review and Consideration are resolved.  The parties request that Plaintiff's Motion for Review and Consideration currently scheduled for February 24, 2016 at 10:00 a.m. be removed from the Court's calendar.

   The parties attest that concurrence in the filing of the foregoing document has been obtained from each of the signatories below.


[SIGNATURES AND ORDER BELOW]

Stipulation to Remove Motion from Calendar
2:12-CV-01481-CMK

DATED:  January 11, 2016                    HILDEBRAND, McLEOD & NELSON, LLP

                                            By:   /s/ Paula A. Rasmussen
                                            ANTHONY S. PETRU, ESQ.
                                            PAULA A. RASMUSSEN, ESQ.
                                            Attorney for Plaintiff
                                            BURLEY TOMPKINS


DATED:  January 12, 2016                    MURPHY, CAMPBELL, ALLISTON & QUINN

                                            By:    /s/ Mariel Covarrubias
                                            STEPHANIE L. QUINN SBN 216655
                                            MARIEL COVARRUBIAS SBN 274784
                                            Attorney for Defendant UNION PACIFIC
                                            RAILROAD COMPANY


**ORDERED:**

    In light of the foregoing Stipulation by and between the parties herein, and good cause appearing therefore:

    IT IS HEREBY ORDERED that Plaintiff's Motion for Review and Consideration scheduled for February 24, 2016 is removed from calendar.

    ENTERED:


Dated:  January 13, 2016

                                            CRAIG M. KELLISON
                                            UNITED STATES MAGISTRATE JUDGE

Stipulation to Remove Motion from Calendar
2:12-CV-01481-CMK

2